Anthony J.E. Francisco, Esq.
3303 Harbor Boulevard
Suite G-8
Costa Mesa, CA 92866
California State Bar No. 336259
Telephone:     [949] 836-3749

Attorney for plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

BLUE WING AIRLINES FINANCE, a corporate citizen of the Republic of Suriname,

Plaintiffs,

v.

UNICAL AVIATION, INC., a corporate citizen of the state of California in the United States of America; PLATINUM EQUITY, a business organization citizen of California in the United States of America,

Defendants.

Case No.:

COMPLAINT FOR DAMAGES

1) VIOLATION OF CONTRACT IN FACT;
2) ACTUAL FRAUD;
3) MONEY OWED;
4) TREBLE DAMAGES FOR THEFT;
5) CONVERSION;
6) CONSTRUCTIVE FRAUD

JURY TRIAL REQUESTED

COMES NOW the plaintiff BLUE WING AIRLINES FINANCE, a corporate citizen of the Republic of Suriname, and alleges as follows:

## I. JURISDICTION

1. Jurisdiction is on the basis of diversity, per Section 1332 of title 28, United States Code, in that plaintiff BLUE WING AIRLINES FINANCE is a corporate citizen of the Republic of Suriname and the defendant UNICAL AVIATION, INC., is a corporate citizen of the state of California in the United States of America, and the amount in controversy is at least $80,000 or more as alleged and claimed by the plaintiff. The second named defendant currently known to the plaintiff as PLATINUM EQUITY is on information and belief based in the city and county of Los Angeles in the state of California in the United States of America, so that there exists complete diversity in citizenship between all defendants and the plaintiff.

## II. SUMMARY.

2. Defendant UNICAL AVIATION, INC., [hereafter at times UNICAL] over a number of years, before 2021, purchased aircraft parts from sellers that were brought in by BLUE WING AIRLINES FINANCE [hereafter at times BLUE WING] as the broker, and UNICAL would owe and pay a certain commission to BLUE WING calculated based on those purchases. A course of performance was established between BLUE WING and UNICAL, also documented by exchanges of billing invoices, and payments for those invoices, and various other writings back and forth over a course of years. Therefore, a binding contract has existed between BLUE WING and UNICAL. The plaintiff BLUE WING was the broker which put UNICAL in touch with certain European sources of aircraft parts. The invoices are based for business opportunities UNICAL AVIATION achieved with customers in Europe by introduction, commencing and guiding by BLUE WING. Also BLUE WING advised UNICAL during that period to buy

batches of material and aircrafts in Europe. The commission fee is based on 5 % of the sales revenue (turnover) that UNICAL then had with the European sources.

    3. At some time in 2021, the ownership of UNICAL changed, informed to be an acquisition by a business organization called PLATINUM EQUITY, that is per information a global investment firm, based in the city and county of Los Angeles, state of California in the United States of America, with more than $25 billion of assets under management, including some in the aerospace sector. Under the new ownership UNICAL stopped paying commissions to BLUE WING, these commissions, in the amount of at least $80,000 if not more, still owed but not paid, from before the ownership change. The former owners of UNICAL at all times affirmed and still do affirm that UNICAL owes those commissions to BLUE WING. The new and current owners of UNICAL also made promises and representations to BLUE WING that those past-due commissions were valid and would be fully paid. However, over the course of months and after a number of both written and oral demands by BLUE WING, defendant UNICAL through its new owners refused to pay the full amount of the commissions owed and did not pay any amount of those commissions whatsoever.

    4. Consequently, the plaintiff BLUE WING now brings this civil action in this United States District Court against defendant UNICAL and against defendant PLATINUM EQUITY as owner of UNICAL from the year 2021, both defendants having corporate headquarters in Los Angeles County and doing business throughout California.

## III. BASIS OF VENUE

5. The venue is proper in this United States district court in the central district of California because defendant UNICAL has its main headquarters office in the central district of California, the address listed as 680 South Lemon Avenue in the City of Industry, California 91789, and UNICAL does business in all of the counties of the state of California, including Orange County.

## IV. CAUSES OF ACTION

### FIRST CAUSE OF ACTION – BREACH OF CONTRACT

6. Plaintiff realleges in full all previous paragraphs of this complaint and incorporates them herein by reference.

7. Based on a longterm course of dealing and performance, between plaintiff BLUE WING and defendant UNICAL there were commissions still unpaid and owing by UNICAL to BLUE WING in 2021. When UNICAL was taken over by PLATINUM EQUITY as new owners, in 2021, that those commissions were still valid and would be paid to BLUE WING in full as billed was promised by the new ownership of UNICAL and by the former owners of UNICAL. Those commissions amounted to $80,000 at least if not more, and the exact amount shall be ascertained according to proof at trial, plus any valid interest thereon. Copies of the written documentation available are attached hereto as **Exhibit #1** and incorporated by reference, including copies of relevant demand letters and other written communications, thus forming a binding contract between BLUE WING and UNICAL.

8. Plaintiff performed all of its obligations required by its agreement with defendant.

9. Defendant UNICAL breached and violated its agreement and binding contract with plaintiff BLUE WING by refusing to pay in full the commissions of at least $80,000 owed upon the reasonable demands by BLUE WING, without any valid excuse.

10. As a directly and proximately caused consequence of the abovementioned breach of the agreement and binding contract by defendant UNICAL, the plaintiff BLUE WING sustained damages in the amount of at least $80,000 together with accrued prejudgment interest, the exact amount to be determined according to proof.

11. As a direct and proximate result of this breach and violation of the agreement and binding contract by defendant UNICAL, the plaintiff BLUE WING sustained consequential damages, the exact amount to be determined according to proof.

12. Plaintiff is entitled to reasonable prejudgment interest starting from 2018, calculation made by UNICAL for the payment September 2018 till June 2019 and July 2019 till June 2020 as mentioned on the invoices. BLUE WING never received these payments after submitting as usual the invoices to UNICAL. Also payments were open till UNICAL was sold, but due to pandemic and internal problems BLUE WING never received the calculation to approve from UNICAL. These payments were July 2020 until 21 of August 2021. According to information, PLATINUM EQUITY bought UNICAL in August of 2021 and thereby assumed joint liability for UNICAL's debts to BLUE WING. The prejudgment interest is to be calculated at the California legal rate of 10% per annum.

SECOND CAUSE OF ACTION – ACTUAL FRAUD

13. The plaintiff realleges and incorporates in full all preceding paragraphs of this complaint, being paragraphs 1 through 12, inclusive.

14. After new owners acquired the corporate defendant UNICAL, they assumed joint liability to fully pay all of UNICAL's debts to BLUE WING. Both the new owners and former owners of UNICAL promised to pay the full commission amount due, the amount of $80,000 US to BLUE WING, those promises as documented in the materials attached as **Exhibit #2** and incorporated

herein by reference. At all times both the new owners and former owners on behalf of UNICAL knew that their promises were false, and they made those promises to pay in order to deceive BLUE WING and induce reliance on those promises and therefore have BLUE WING delay seeking full legal remedies.

15. Plaintiff BLUE WING reasonably relied on the false promises by UNICAL both under former and current ownership to pay the commission amounts as owed. This reliance was to the detriment of BLUE WING which thus delayed seeking concrete legal remedies against UNICAL, until there was some danger that the statute of limitations for taking action in court to obtain payment of those commissions would soon expire. The deliberate intent of UNICAL by all appearances was indeed to drag everything and delay payment until that statute of limitations barring court action by BLUE WING would indeed spring forth.

16. Had BLUE WING known the true intent of the new owners of UNICAL and the falsity of all their promises to pay the commissions owed, BLUE WING would have filed this action in court much sooner.

17. As a result directly and proximately caused by the fraudulent and deliberately deceitful and false promises by the new and current owners of UNICAL to pay the full amount of the commissions owed, BLUE WING delayed this lawsuit, delayed the likely collection of the amount owed, and lost the use of the amount owed with consequent loss of earnings and interest thereon, so that the total amount of damages to BLUE WING became the amount of $80,000 US plus the amounts of interest and other profits from the earlier collection and usage of that $80,000 US, the exact amount to be determined according to proof at the trial of this action.

18. The actions and promises by UNICAL were at all relevant times fraudulent, intentional, deliberate and willful, and consequently the plaintiff BLUE WING is entitled to punitive damages in an amount according to proof at the trial.

### THIRD CAUSE OF ACTION – MONEY OWED

19. Plaintiff realleges in full all previous paragraphs of this complaint and incorporates them herein by reference.

20. Within the last four years defendant UNICAL AVIATION, INC., became indebted to the plaintiff BLUE WING AIRLINES FINANCE for the sum of at least $80,000.00 US and according to proof, for commissions owed for the brokering services as to aircraft parts, over the course of a longterm relationship between BLUE WING and UNICAL.

21. Plaintiff is entitled to reasonable prejudgment interest on the abovementioned amount of commissions unpaid and owing, calculated at the legal rate of 10% per annum, according to proof at the trial.

### FOURTH CAUSE OF ACTION – TREBLE DAMAGES FOR THEFT

22. Plaintiff realleges in full all previous paragraphs of this complaint and incorporates them herein by reference.

23. The defendant UNICAL illegally withheld, and defendant PLATINUM EQUITY at some time assisted UNICAL in withholding at least $80,000 from the rightful ownership of this money by the plaintiff, while knowing this money was owed to the plaintiff, in violation of California Penal Code § 496(a), which thereby constituted theft. Thereupon, California Penal Code § 496(c) authorizes any person injured by violation of subsections (a) or (b) of same statute to bring a civil action for treble damages against the violating parties thus against both defendants. California case authority further holds that persons violating the subsections (a) or (b) do not

have to be first criminally convicted in order to be sued for the treble damages under subsection (c). Consequently, the plaintiff BLUE WING is entitled to treble the amount of proven damages which here would be at least $240,000.

### FIFTH CAUSE OF ACTION – FOR DAMAGES FOR CONVERSION

24. Plaintiff realleges in full all previous paragraphs of this complaint and incorporates them herein by reference.

25. The defendants UNICAL and PLATINUM EQUITY withheld distinct money documented by invoices, said money owed to the plaintiff, and converted it to their own use.

26. The defendants, and each of them, acted willfully, deliberately, oppressively, maliciously and fraudulently; consequently, the plaintiff BLUE WING is entitled to punitive damages according to proof.

### SIXTH CAUSE OF ACTION – CONSTRUCTIVE FRAUD

27. Plaintiff realleges in full all previous paragraphs of this complaint and incorporates them herein by reference.

28. A duty of good faith and fair dealing existed between plaintiff BLUE WING and the defendant UNICAL under their contractual relationship, including, that UNICAL was obligated to pay fully and reasonably promptly for the services by BLUE WING and for the benefits conferred on UNICAL by BLUE WING.

29. By leading BLUE WING on with false promises to pay the money owed, UNICAL breached its duty of good faith and fair dealing as conditions implicit in every valid contract, and thereby UNICAL gained an advantage over BLUE WING, by misleading BLUE WING to its prejudice, causing undue delay in collection of the debt and loss of use of the money owed and loss of appropriate interest thereon, the exact amount of damages to be determined per proof.

WHEREFORE, plaintiff BLUE WING AIRLINES FINANCE, a corporate citizen of the Republic of Suriname, prays for judgment against the defendant, UNICAL AVIATION, INC., a corporate citizen of the state of California in the United States of America, as charged in the causes of action above, and against the defendant PLATINUM EQUITY, a business organization citizen of the state of California in the United States of America, as charged in the causes of action above, jointly and severally, as follows:

1)  First Cause of Action:

    a) for the sum of at least $80,000;

    b) for consequential damages according to proof;

    c) for prejudgment interest according to proof.

2)  Second Cause of Action:

    a) for the sum of at least $80,000, plus the costs of delay in collection and loss of usage of said amount, according to proof;

    b) for punitive damages according to proof.

3)  Third Cause of Action:

    a) for the sum of at least $80,000.00 in unpaid commissions, and other costs, to be determined specifically according to proof;

    b) for prejudgment interest according to proof.

4)  Fourth Cause of Action:

    a) for treble damages of at least $240,000 based on action brought under California Penal Code § 496(c).

5)   Fifth Cause of Action:

   a) for the value of distinct money documented as $80,000.00 documented by invoices, said money owed to the plaintiff, and converted it to own use by the defendant UNICAL AVIATION, INC.;

   b) for punitive damages according to proof.

6)   Sixth Cause of Action:

   a) for the sum of at least $80,000, plus the costs of delay in collection and loss of usage of said amount, according to proof;

   b) for punitive damages according to proof.

7)   As to All Causes of Action:

   a)   for prejudgment interest at the lawful rate according to proof;

   b)   for costs of suit incurred herein and for appropriate attorney fees;

   c)   for other and further relief as this court deems just and proper.

DATED: November 8, 2022

By: _____
Anthony J.E. Francisco, Esq,
Attorney for plaintiff